**STATE of Missouri, Respondent,**

v.

**Ernie NALLY, Appellant.**

**Ernie NALLY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 43520, WD 45563.**

Missouri Court of Appeals,
Western District.

Sept. 29, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Nov. 24, 1992.

Richard E. McFadin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

PER CURIAM.

ORDER

Consolidated appeal from conviction of attempted forcible rape and denial, after evidentiary hearing, of motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).